Daniel A. Lev (CA Bar No. 129622)
dlev@sulmeyerlaw.com
**SulmeyerKupetz**
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

(Proposed) Attorneys for Alfred H. Siegel, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-19846-EC |
| KARAWIA INDUSTRIES, INC., a California corporation, et al., | Chapter 11 |
| | Jointly Administered With Case Nos.: |
| Debtor. | Case No. 2:09-bk-19847-EC |
| ☒ Affects all Debtors | Case No. 2:09-bk-19848-EC |
| ☐ Affects Karawia Industries, Inc. | Case No. 2:09-bk-19849-EC |
| ☐ Affects International Protective Services, Inc. | Case No. 2:09-bk-19850-EC |
| | Case No. 2:09-bk-19851-EC |
| ☐ Affects U.S. Resource Services, Inc. | **NOTICE OF HEARING RE EMERGENCY MOTION OF CHAPTER 11 TRUSTEE FOR ORDER CONVERTING CASES TO CHAPTER 7 RETROACTIVE TO APRIL 19, 2010** |
| ☐ Affects U.S. Resource Facility Services, Inc. | |
| ☐ Affects International Armored Solutions | |
| ☐ Affects Dekar Industries, Inc. | Date: May 12, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom "1639" |

DLEV\ 633984.1 5/10/2010 (10:52 AM)

**TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS AND OTHER PARTIES IN INTEREST:**

  **PLEASE TAKE NOTICE** that the Court, the Honorable Ellen Carroll, United States Bankruptcy Judge, presiding, having considered the "Application for Order Shortening Time for Notice and Hearing re Emergency Motion of Chapter 11 Trustee for Order Converting Cases to Chapter 7 Retroactive to April 19, 2010" (the "Application") filed by Alfred H. Siegel, the duly appointed, qualified and acting Chapter 11 Trustee (the "Trustee") for the estates of the jointly administered debtors Karawia Industries, Inc., International Protective Services, Inc., U.S. Resource Services, Inc., U.S. Resource Facility Services, Inc., International Armored Solutions, and Dekar Industries, Inc. (collectively, the "Debtors"), and having found good cause for granting same, has granted the Application.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order, a hearing on the "Emergency Motion of Chapter 11 Trustee for Order Converting Cases to Chapter 7 Retroactive to April 19, 2010" (the "Emergency Motion") previously filed and served by the Trustee shall be conducted on May 12, 2010, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom "1639" of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, before the Honorable Ellen Carroll, United States Bankruptcy Judge, presiding.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Emergency Motion, the Trustee seeks the immediate conversion of the Debtors' cases to chapter 7, retroactive to April 19, 2010, the date of the Trustee's formal appointment. As a result of his investigation into the financial affairs of the Debtors, the Trustee has determined that there is cause warranting the immediate conversion of the cases to chapter 7. Specifically, there are no ongoing business operations, and there is a complete absence of a reasonable likelihood of the Debtors' rehabilitation and a continuing diminution of and loss to the estates. As such, there is cause justifying conversion to chapter 7, retroactive

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1 | to April 19, 2010.

2 |       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order, any

3 | opposition to the Emergency Motion may be presented at the time of the hearing on the

4 | Emergency Motion.

5 | DATED: May 10, 2010        **Sulmeyer**Kupetz
                                     A Professional Corporation

                                      By: _/s/ Daniel A. Lev_____
                                         Daniel A. Lev
                                         (Proposed) Attorneys for Alfred H. Siegel,
                                         Chapter 11 Trustee

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

| In re:<br>KARAWIA INDUSTRIES, INC., a California corporation<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-19846-EC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>NOTICE OF HEARING RE EMERGENCY MOTION OF CHAPTER 11 TRUSTEE FOR ORDER CONVERTING CASES TO CHAPTER 7 RETROACTIVE TO APRIL 19, 2010</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 10, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

| | | |
|---|---|---|
| Ron Bender | - | rb@lnbrb.com |
| Robert C. Briseno | - | rbriseno@swlaw.com |
| Russell Clementson | - | russell.clementson@usdoj.gov |
| Peter L. Isola | - | peterisola@dwt.com |
| Robert F. Kidd | - | robert@donahue.com |
| Andy Kong | - | kong.andy@arentfox.com |
| Mette H. Kurth | - | kurth.mette@arentfox.com |
| Daniel A. Lev | - | dlev@sulmeyerlaw.com |
| Alvin Mar | - | alvin.mar@usdoj.gov |
| Tania M. Moyron | - | tmoyron@ffwplaw.com |
| Mark Palley | - | mp@marionsinn.com |
| Christian L. Raisner | - | bankruptcycourtnotices@unioncounsel.net |
| Michael B. Reynolds | - | mreynolds@swlaw.com |
| Christopher O. Rivas | - | crivas@reedsmith.com |
| Michael W. Tan | - | michael.w.tan@irscounsel.treas.gov |
| Neil A. Warheit | - | neil.warheit@nlrb.gov |
| Beth Ann R. Young | - | bry@lnbrb.com |
| Aleksandra Zimonjic | - | azimonjic@lblawllp.com |

<div align="right">☐ Service Information continued on attached page.</div>

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served):**
On <u>May 10, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

<div align="right">☒ Service Information continued on attached page.</div>

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DLEV\ 631348.1 5/10/2010 (12:11 PM)

**F 9013-3.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on  May 10, 2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1634
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


| May 10, 2010 | Denise Givens | /s/Denise Givens |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DLEV\ 631348.1 5/10/2010 (12:11 PM)

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**Chapter 11 Trustee**
Alfred H. Siegel
Crowe Horwath LLP
15233 Ventura Boulevard
9th Floor
Sherman Oaks, CA 91403

**Debtor**
International Protective Services, Inc.
3771 W. 242nd Street
Torrance, CA 90505

**Debtor**
Karawia Industries, Inc.
3771 W. 242nd Street
Torrance, CA 90505

**Debtor**
International Armored Solutions
3771 W. 242nd Street
Torrance, CA 90505

**Debtor**
U.S. Resource Services, Inc.
3771 W. 242nd Street
Torrance, CA 90505

**Debtor**
U.S. Resource Facility Services, Inc.
3771 W. 242nd Street
Torrance, CA 90505

**Debtor**
Dekar Industries, Inc,
3771 W. 242nd Street
Torrance, CA 90505

**Attorneys for Debtors**
Ron Bender, Esq.
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067

**Office of the United States Trustee**
U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DLEV\ 631348.1 5/10/2010 (12:11 PM)

**F 9013-3.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

**Attorneys for Official Committee of Unsecured Creditors**
Mette H. Kurth, Esq.
Andy S, Kong, Esq.
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

**Attorneys for Citibank, N.A.**
Harvey Schochet, Esq.
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111

Mary H. Haas, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017

**Attorneys for Qantas Airways Limited**
Roderick D. Margo, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars
Suite 850
Los Angeles, CA 90067

**Attorneys for Ralph's Grocery Company**
Remy Kessler, Esq.
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

**Internal Revenue Service**
Thomas P. O'Brien, Esq.
Internal Revenue Service
300 North Los Angeles, Street
Los Angeles, CA 90012

### Creditors

ABM Security Services
621 17th Street
Denver, CO 80293

American Express-81008
Los Angeles, CA 90096-0001

Affinity Network 7325
700055-7325-0000
Las Vegas, NV 89121

Blue Shield Cust # 4356335
File #55331
Los Angeles, CA 90074-5331

All Action Security Inc.
23848 N. 66th Lane
Glendale, AZ 85310

Broadcore Equip Lease Acct
8742 Innovation Way
Chicago, IL 60682-0087

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DLEV\ 631348.1 5/10/2010 (12:11 PM)

**F 9013-3.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

California Choice
721 South Parker, Suite 200
Orange, CA 92868

California Overnight/Ontrac
A/C# 90018
Milpitas, CA 95035

Citibank, N.A.
3950 Regent Boulevard
S2B-240
Irving, TX 75063

Concentra Medical Centers, A Medical Corporation
Rancho Cucamonga, CA 91729-3700

Corporate Office Centers
3420 E Shea Blvd
Phoenix, AZ 85028

David Goldfarb
3595 Tilden Avenue
Los Angeles, CA 90034

Dell Business Credit
Payment Processing Ctr
Carol Stream, IL 60197-5275

Denmark Security
Attn: Mark Myers
161 W. Victoria Street
Long Beach, CA 90805

Desert Security, Inc.
P.O. Box 5455
Reno, NV 89513

Elite International Security
Attn: Gene Kaminki
14252 Culver, Suite A-320
Irvine, CA 92604

ESI Security Services
P.O. Box 13047
Reno, NV 89507

ESPY Security & Patrol, Inc.
File# 51042
Los Angeles, CA 90074-1042

Executive Car Leasing
7807 Santa Monica Blvd
Los Angeles, CA 90046

Federal Express
ACCT #1495-6491-8
Pasadena, CA 91109-7321

First Insurance Funding
ACCT #05260-0001-439921
Northbrook, IL 60062

Gareeb Law Group APC
21333 Oxnard St
Woodland Hills, CA 91367-5017

GPS Global Private Security
P.O. Box 2855
Canyon Country, CA 91386

JKE Properties
1224 E. Katella Avenue
Orange, CA 92867

Metroguard
10231 Topanga Canyon Blvd.
Chatsworth, CA 91311

Netpower, Inc.
2461 W 205th Street
Torrance, CA 90501

NEXTEL Communications CA
Carol stream, IL 60197-4181

Orange County Valet, Security & Patrol
21802 Tegley
Mission Viejo, CA 92692

Performance Plus
22707 Hawthorne Blvd.
Torrance, CA 90505

Pfleider Security Services
2480 Irvine Blvd
Tustin, CA 92782

Pitney Bowes Credit Corp.
A/C #7410559
Louisville, KY 40285-6460

REIT Management & Research
c/o REIT Management & Research
Tukwila, WA 98188

Royal Security Services, Inc.
25231 Barents
Laguna Hills, CA 92653

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DLEV\ 631348.1 5/10/2010 (12:11 PM)

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

Sedgwick, Detert, Moran & Arnold
135 Main Street, Suite 1400
San Francisco, CA 94105-1812

Star Protection Agency, LLC
3375 Koapaka St
Honolulu, HI 96819

TCC Swan
7700 Edgewater Drive, Suite 150
Oakland, CA 94621

The Resource Collection
Attn: Steve & Marilyn Jacobson
P.O. Box 1590
Sunset Beach, CA 90742-1590

The Resource Collection, Inc.
Attn: Martin and Paula Benom
17051 Greentree Lane
Huntington Beach, CA 92649

Trojan Security
Attn: Martin Renteria
301 Dochan Circle
Montebello, CA 90640

U.S. Healthworks Medical Group, PC
Los Angeles, CA 90074-0042

VAL Security
145 Plaza Drive, Suite 207
Vallejo, CA 94591

Valiant Communications
110 Crossways Park Dr.
Woodbury, NY 11797

VP Security Services, Inc.
610 Tree Top Lane
Thousand Oaks, CA 91360

World Private Security, Inc.
16921 Parthenia Street
North Hills, CA 91343

Wright Express Flt Fueling
Banctec Remittance Processing
Addison, IL 60101

Bernadette Yap-Sam
Wage And Hour Division
Oregon Bureau Of Labor & Industries
1400 Executive Parkway, #200
Eugene, OR 97401

Rolando A. Concha, Sr.
c/o EWB
2090 Huntington Drive
San Marino City, CA 91108

Ousama Karawia
3771 West 242nd Street
Torrance, CA 90505

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434

American Express - 48026
3713-867705-48026
Box 0001
Los Angeles, CA 90096-0001

AT&T 213-353-0567
Payment Center
Sacramento, CA 95887-0001

Bureau Of Security And Investigations Licensing Unit
P.O. Box 942548
West Sacramento, CA 94258-0548

Clean Sweep Supply Co.
7171 Telegraph Road
Montebello, CA 90640

Eden Motor And Tire Dba Harmon And Son
443 S Vermont Ave
Los Angeles, CA 90020

J&S Auto Body And Paint
5363 Cherry Ave
Long Beach, CA 90805

Regency Lighting
Cust #SKY180
16665 Arminta Street
Van Nuys, CA 91406

Verizon CA 818-894-7828
A/C #01 1703 1255386738 06
P.O. BOX 9688
Misson Hills, CA 91346-9688

Via Mat International USA
2070 A Tigergtail Blvd.
Dania, FL 33004

AAA Quality Services, Inc.
P.O. Box 535
Famersville, CA 93223

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DLEV\ 631348.1 5/10/2010 (12:11 PM)

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

ADI
263 Old Country Rd
Melville, NY 11747

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

David Goldfarb
3595 Tilden Avenue
Los Angeles, CA 90034

Executive Car Leasing Co.
P.O. BOX 933009 Sunset Station
Los Angeles, CA 90093

Express Lien, LLC
3232 First Avenue, South
Seattle, CA 98134

Imperial Security
P.O. Box 40
Beaumont, CA 92223

Norcal Portable Services Inc.
P.O. Box 53328
San Jose, CA 95153

Pfleider Security Services
22029 Newkirk Avenue
Carson, CA 90745

Royal Guard Services, Inc
25231 Barents St.
Laguna Hills, CA 92653

SP Quality Pumping
PO Box 1190
Citrus Heights, CA 95611-1190

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181

All Pro Lawn Care
121 Elena Drive
Scott, LA 70583

Apolonio Sis
136 E Ave 37
Los Angeles, CA 90031

Arakelian Enterprises, Inc., dba Athens
P.O. Box 60009
City of Industry, CA 91716-0009

AT&T Bankruptcy
James Grudus
One AT&T Way, Room 3A218
Bedminster, NJ 07921

Benjamin Martin dba Karina Sweeping Co
13439 Almetz St
Sylmar, CA 91342

Bon Pest Control, Inc.
12621 Venice Blvd.
Los Angeles, CA 90066

Boulevard Vacuum Cleaner
5086 W Pico Blvd.
Los Angeles, CA 90019

Cher Gilbert
922 Lincoln Blvd
Santa Monica, CA 90403

Clean Source
P.O. Box 49107
San Jose, CA 95161-9107

Clean Street
1937 W. 169th St
Gardena, CA 90247

Commercial Services Unlimited
P.O. Box 6587
Lancaster, CA 93539

Country Rose Plant & Flower Co
P.O. Box 74
Creston, CA 93432

Crumley, Troy
10801 LaGrange Ave
Los Angeles, CA 90025

Dean B Roberts Enterprises
3808 Nancilane
Muncie, IN 47302

Drulis Brothers Auto Repair
5113 West Rosecrans Ave
Hawthorne, CA 90250

Enterprise Fleet Services
Attn: Accounts Receivable
2950 Merced Street, Suite 220
San Leandro, CA 94577

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DLEV\ 631348.1 5/10/2010 (12:11 PM)

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

Freddy De Pablo
1930 Stewart St. SP#65
Santa Monica, CA 90404

GE Capital
P.O. Box 31001-0271
Pasadena, CA 91110-0271

Golden State Water Co
P.O. Box 9016
CA 91173

Khanzadeh, Ebrahim
11415 Rochester Ave
8A
Los Angeles, CA 90025

Kobata Growers, Inc.
17622 Van Ness Ave.
Torrance, CA 90504

Lagasse, Inc.
P.O. Box 31001-1061
Pasadena, CA 91110-1061

Leona Poe dba SmartWash
20440 Anza Ave. Unit 301
Torrance, CA 90503

Maintex Inc.
13300 East Nelson Ave.
Industry, CA 91744-7110

MB Landscaping
20300 S Figueroa St
Carson, CA 90745

Nieves, Roberto
4222 W 159th St
Lawndale, CA 90260

Okada Nursery
18715 S. Western Ave
Gardena, CA 90248

Pablo Garcia dba Sanchez Sweeping Service
271 W. Lurelane Street
Rialto, CA 92376-2780

Patrick's Lawn Service
P.O. Box 670
Highland City, FL 33846

Rayne Water Systems
6953 Canoga Ave
Canoga Park, CA 91303

Roberts Turf & Landscape
16800 Erin Lane
Independence, MO 64055

Rolling Greens
9528 Jefferson Blvd.
Culver City, CA 90232

Santos, Manuel De Jesus
1000 Coronado Terrace
Los Angeles, CA 90026

SC Property Service
11910 Goldring Rd
Unit A
Arcadia, CA 91006

SMK Services
5264 Beaumont Drive
Virginia Beach, VA 23464

Sokolow, Norton D
17914 Magnolia Blvd
306
Encino, CA 91316

Stephen T Honda MD Inc
2301 W El Segundo Blvd
Hawthorne, CA 90250

Strategic Outsourcing
5260 Parkway Plaza Blvd
Charlotte, NC 28217

Systematic Office Supply
608 Mateo St
Los Angeles, CA 90021

T-Mobile
P.O. Box 51843
Los Angeles, CA 90051

The Gas Company
P.O. Box C
Monterey Park, CA 91756

The Plant Lady
3940-7341 Broad Street
San Luis Obispo, CA 93401

Think Green Land Care
2069 E. 120th Street
Los Angeles, CA 90059

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DLEV\ 631348.1 5/10/2010 (12:11 PM)

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

Time Warner Cable
Bankruptcy Dept
550 No. Continental Blvd.
El Segundo, CA 90245

Unum Life Ins Co
P.O. Box 406990
Atlanta, GA 30384

Verizon
P.O. Box 9688
Mission Hills, CA 91346-9688

Vidal, Gerald
12120 Havelock Ave
Culver City, CA 90230

VIP Janitorial
9360 Activity Rd
Ste H
San Diego, CA 92126

White Line Sweepers
P.O. Box 2249
Oxnard, CA 93034

Zuvina, Ana
12563 Brookshire Ave
Downey, CA 90242

Aqua Flo Supply
30 S La Patera
Unit 10
Goleta, CA 93117

Avid Floor Maintenance, Inc
1201 US Highway One Suite #405
North Palm Beach, FL 33408-3549

Botanic Decors
P.O. Box 6308
Ventura, CA 93006

Cleaner Image
P.O. Box 3092
Redondo Beach, CA 90277

Coverall North America Inc
P.O. Box 802825
Chicago, IL 60680

Dewey Pest Control
P.O. Box 7114
Pasadena, CA 91109

Falchion Enterprises
San Jose, CA 95124

God's Care Lawn, Landscaping
1841 North 3rd Street
Abilene, TX 79603

Grainger
Dept. 840869135
Palatine, IL 60038-0001

Labor Ready Southwest
P.O. Box 31001-0257
Pasadena, CA 91110

Lepp, Ronald J
26661 Country Creek Lane
Calabasas, CA 91302

Moonlit AD Graphics
26072 Merit Circle
Ste 114
Laguna Hills, CA 92653

On Trac
Dept 1664
Los Angeles, CA 90084

RAM Insurance Agency
9036 Reseda Blvd
Suite 104
Northridge, CA 91324

RHW Associates
P.O. Box 2028
Redondo Beach, CA 90278

Santech
16517 Arminta Street
Van Nuys, CA 91406

Sprint
P.O. Box 4181
Carol Stream, IL 60197

Sweeping Unlimited
41863 Juniper St
Murrieta, CA 92562

Texas Yard Pro, Inc
5407 Stonewall
Greenville, TX 75402

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DLEV\ 631348.1 5/10/2010 (12:11 PM)

**F 9013-3.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| KARAWIA INDUSTRIES, INC., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-19846-EC |

The Resource Collection Inc
4901 Rosecrans Ave
Hawthorne, CA 90250

Turner Landscaping Co
204 NW 28th Ave
Fort Lauderdale, FL 33311

Vero's Facilities
43185 Osgood Rd
Merced, CA 95340

Vista Paint
2020 E Orangethorpe
Fullerton, CA 92831

American Express
P.O. Box 0001
Los Angeles, CA 90096

Amertex Textile
231 Rider Avenue
Bronx, NY 10451

Amsan New Engl
Cust. #362008 BOX 505679
12691 Collections Ctr Dr.
Chicago, IL 60693

Casey EMI
C/O Fleet National Bank
P.O. Box 414903
Boston, MA 02241

Certified Clean & Polish
2504 West 6th St.
Wilmington, DE 19805

Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166

Lane M. Ferdinand
468 Morris Avenue
Sparta, NJ 07871

Lillian Lamber
9445 Deer Stream Drive
Mechanicsville, VA 23116

Pan America Services, Inc.
901 North Pitt Street
Alexandria, VA 22314

Prindle, Decker & Amaro
310 Golden Shore, 4th Floor
Long Beach, CA 90801

Rosen & Avigli
431 Route 10
Randolph, NJ 07869

Uneeda Enterprises
4 Commercial Avenue
Garden City, NY 11530

Uniform 4 All, Inc.
Attn: Mace Abdulla
6100 Wilshire Boulevard, Suite 211
Los Angeles, CA 90048

Abdiwahab Ahmed
6031 30th Ave. SW
Seattle, WA 98126

Mark Barrueta
c/o Louis H. Kreuzer
601 Daily Drive, Suite 221
Camarillo, CA 93010

Toni Ramirez
16195 Via Quedo
Desert Hot Springs, CA 92240

Susan Uecker, Receiver for International Services
Uecker & Associates, Inc.
100 Pine Street, Suite 475
San Francisco, CA 94111

United States Small Business Administration – Santa Ana District Office
Dace Pavlovskis, Esq.
200 West Santa Ana Boulevard
Suite 700
Santa Ana, CA 92701

Walter Paz
P.O. Box 142
South Gate, CA 90280

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DLEV\ 631348.1 5/10/2010 (12:11 PM)

**F 9013-3.1**