Alfred H. Siegel
21650 Oxnard St, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9204
Facsimile:   (818) 337-1938

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KARAWIA INDUSTRIES, INC., a California corporation, et al.,<br><br>Debtor. | Case No. 2:09-bk-19846-VZ<br><br>Chapter 7<br><br>Jointly Administered With Case Nos.:<br><br>Case No. 2:09-bk-19847-VZ |
| ☒ Affects all Debtors | Case No. 2:09-bk-19848-VZ |
| ☐ Affects Karawia Industries, Inc. | Case No. 2:09-bk-19849-VZ |
| ☐ Affects International Protective Services, Inc. | Case No. 2:09-bk-19850-VZ |
| ☐ Affects U.S. Resource Services, Inc. | Case No. 2:09-bk-19851-VZ |
| ☐ Affects U.S. Resource Facility Services, Inc. | **Notice of Trustee's Final Report And Applications For Compensation and Deadline to Object (NFR)** |
| ☐ Affects International Armored Solutions | Date: June 25, 2020 |
| ☐ Affects Dekar Industries, Inc. | Time: 11:00am<br><br>Place: 255 E Temple Street<br>         Los Angeles, CA 90012<br><br>         Courtroom 1368 |

ALFRED H. SIEGEL
21650 OXNARD ST., SUITE 500
WOODLAND HILLS, CA 91367
Telephone: 818-827-9204
Facsimile: 818-337-1938

CHAPTER 7 TRUSTEE

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| KARAWIA INDUSTRIES, INC. | § § | Case No. 2:09-BK-19846-VZ |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11am on June 25, 2020, in Courtroom 1368, United States Bankruptcy Court at 255 East Temple Street, Los Angeles CA 90012. However, due to procedures implemented by the federal government regarding COVID-19, the Court is currently closed to the public. The Court is also requiring that all appearances at hearings be made by telephone through and including June 1, 2020. To make arrangements to appear by telephone, you may call CourtCall at (888)882-6878 or http://courtcall.com no later than 3pm on the day prior to the hearing. The Court has not yet posted a notice as to how hearings will be handled after June 1, 2020, therefore, any interested parties should consult the Court's website to determine how hearings will ne held after June 1, 2020. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1 (f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the Trustee, any party whose application is being challenged, and the U.S. Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the U.S. Trustee or any other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 05/05/2020              By: /s/ Alfred H. Siegel
                                           Trustee

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| KARAWIA INDUSTRIES, INC. | § | Case No. 2:09-BK-19846-VZ |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 846,661.53 |
| and approved disbursements of | $ | 530,015.37 |
| leaving a balance on hand of[1] | $ | 316,646.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000002A | WELLS FARGO FINANCIAL LEASING INC | $ 8,000.00 | $ 8,000.00 | $ 0.00 | $ 0.00 |
| 000014 | Trustees of the Bldg Service 32BJ Benefit Funds | $ 316,193.95 | $ 316,193.95 | $ 0.00 | $ 0.00 |
| 000143 | The Resource Collection Inc | $ 540,833.31 | $ 540,833.31 | $ 0.00 | $ 0.00 |
| 000144 | The Resource Collection Inc | $ 540,833.31 | $ 540,833.31 | $ 0.00 | $ 0.00 |
| 000154 | MARY H. HAAS (SBN 149770) | $ 6,365,834.76 | $ 6,365,834.76 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000196A | Leaf Funding Inc. | $ 6,000.00 | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 000197A | Leaf Funding Inc. | $ 6,000.00 | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 000198A | Leaf Funding Inc. | $ 15,000.00 | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 000200A | Marlin Leasing Corp. | $ 3,500.00 | $ 3,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors        $            0.00

Remaining Balance                            $      316,646.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE | $ 45,597.33 | $ 0.00 | $ 45,597.33 |
| Trustee Expenses: ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE | $ 204.90 | $ 0.00 | $ 204.90 |
| Attorney for Trustee Fees: SulmeyerKupetz | $ 173,389.00 | $ 0.00 | $ 173,389.00 |
| Accountant for Trustee Fees: Crowe LLP | $ 60,702.50 | $ 0.00 | $ 60,702.50 |
| Charges: U.S. Bankruptcy Court | $ 750.00 | $ 0.00 | $ 750.00 |
| Fees: Peter C. Anderson US Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Other: SulmeyerKupetz | $ 4,614.78 | $ 0.00 | $ 4,614.78 |
| Other: Crowe LLP | $ 293.24 | $ 0.00 | $ 293.24 |

Total to be paid for chapter 7 administrative expenses    $      286,201.75

Remaining Balance                                         $       30,444.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees: Arent Fox LLP | $ 171,208.00 | $ 0.00 | $ 19,384.41 |
| Other Prior Chapter Professional Expenses: Arent Fox LLP | $ 21,026.75 | $ 0.00 | $ 2,380.68 |
| Other Prior Chapter Administrative Expenses: Hartford Fire Insurance Company | $ 42,337.80 | $ 0.00 | $ 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Levene Neale Bender Yoo & Brill | $ 70,966.50 | $ 0.00 | $ 8,034.92 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm): Levene Neale Bender Yoo & Brill | $ 5,691.53 | $ 0.00 | $ 644.40 |

Total to be paid for prior chapter administrative expenses    $          30,444.41

Remaining Balance    $          0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 402,796.31   must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Gil Manalaysay | $ 2,448.00 | $ 0.00 | $ 0.00 |
| 000009 | Charles L Johnson | $ 1,857.85 | $ 0.00 | $ 0.00 |
| 000010 | David Aguirre | $ 1,984.00 | $ 0.00 | $ 0.00 |
| 000011 | Hugo Ernesto Garcia | $ 2,124.00 | $ 0.00 | $ 0.00 |
| 000012 | Jose A Perez | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 000013 | Sandra G. Valenzuela | $ 5,868.62 | $ 0.00 | $ 0.00 |
| 000015 | Adrian Mendez | $ 1,925.00 | $ 0.00 | $ 0.00 |
| 000016 | Joseph R Hobbs | $ 496.00 | $ 0.00 | $ 0.00 |
| 000019 | Kevin B Matthews | $ 5,512.95 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Imran Ghani | $ 2,474.17 | $ 0.00 | $ 0.00 |
| 000022 | LA County Treasurer and | $ 1,536.81 | $ 0.00 | $ 0.00 |
| 000023 | Jarrett Sila | $ 1,925.00 | $ 0.00 | $ 0.00 |
| 000024 | Lua Tautai | $ 1,925.00 | $ 0.00 | $ 0.00 |
| 000025 | Ronnie Davis | $ 828.00 | $ 0.00 | $ 0.00 |
| 000029 | Sal Castro | $ 3,290.00 | $ 0.00 | $ 0.00 |
| 000030 | Horfilda Mendez | $ 2,232.00 | $ 0.00 | $ 0.00 |
| 000031 | Anela L Mixsell | $ 2,468.00 | $ 0.00 | $ 0.00 |
| 000032 | Enrique C Lopez | $ 2,468.00 | $ 0.00 | $ 0.00 |
| 000033 | Jose Castillo Jr | $ 2,468.00 | $ 0.00 | $ 0.00 |
| 000034 | Francis H Sabbah | $ 5,528.91 | $ 0.00 | $ 0.00 |
| 000035 | Rexford Larbi | $ 3,206.57 | $ 0.00 | $ 0.00 |
| 000036 | Hian Lafer Vazquez | $ 3,094.30 | $ 0.00 | $ 0.00 |
| 000037 | Jorge A Hernandez | $ 1,707.20 | $ 0.00 | $ 0.00 |
| 000039 | DINA FURMAN | $ 1,632.00 | $ 0.00 | $ 0.00 |
| 000040 | Kevin Quan | $ 2,989.75 | $ 0.00 | $ 0.00 |
| 000041 | Leonel Matta | $ 1,410.00 | $ 0.00 | $ 0.00 |
| 000042 | Gary Newcomb | $ 2,968.00 | $ 0.00 | $ 0.00 |
| 000043 | Tywan L Kemp | $ 1,784.00 | $ 0.00 | $ 0.00 |
| 000044 | Eugene Tamburelli | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000045 | Dmytro Sorokin | $ 2,002.00 | $ 0.00 | $ 0.00 |
| 000048 | David Young II | $ 1,127.00 | $ 0.00 | $ 0.00 |
| 000049 | Neiman M Holliman | $ 847.00 | $ 0.00 | $ 0.00 |
| 000050 | Robert W Carman | $ 558.00 | $ 0.00 | $ 0.00 |
| 000053 | Alex Osei-Yaw | $ 2,656.00 | $ 0.00 | $ 0.00 |
| 000054 | Julio Chavez | $ 1,143.04 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000055 | Herman C Rojas | $ 2,016.00 | $ 0.00 | $ 0.00 |
| 000056 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000059 | JOHN SIMON CISNEROS | $ 1,033.00 | $ 0.00 | $ 0.00 |
| 000060 | ADOLFO A. JUAREZ | $ 2,320.00 | $ 0.00 | $ 0.00 |
| 000061 | Antonio Cresencio Martinez | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000062 | Maria Sepulveda | $ 0.00 | $ 0.00 | $ 0.00 |
| 000063 | Fatimah Henry | $ 1,937.38 | $ 0.00 | $ 0.00 |
| 000064 | Adrian Mendez | $ 1,925.00 | $ 0.00 | $ 0.00 |
| 000065 | Jarrett Sila | $ 1,925.00 | $ 0.00 | $ 0.00 |
| 000066 | Doreen Slemboski | $ 752.00 | $ 0.00 | $ 0.00 |
| 000067 | Juan de Dios Varela | $ 648.00 | $ 0.00 | $ 0.00 |
| 000068 | Johnson H Hong | $ 1,400.00 | $ 0.00 | $ 0.00 |
| 000069 | Joel Lemus | $ 4,066.00 | $ 0.00 | $ 0.00 |
| 000070 | Jorge R Varela | $ 1,684.00 | $ 0.00 | $ 0.00 |
| 000074 | Alfredo G Medina | $ 0.00 | $ 0.00 | $ 0.00 |
| 000076 | Ebony P Browne | $ 1,224.00 | $ 0.00 | $ 0.00 |
| 000078 | Pedrito Balboa | $ 0.00 | $ 0.00 | $ 0.00 |
| 000080 | Rodolfo L Vergara | $ 2,757.12 | $ 0.00 | $ 0.00 |
| 000081 | Richard Garry Pratt | $ 484.00 | $ 0.00 | $ 0.00 |
| 000082 | Ignacio A Duarte | $ 2,632.81 | $ 0.00 | $ 0.00 |
| 000083 | Martin B Morales | $ 3,652.64 | $ 0.00 | $ 0.00 |
| 000084 | Angelo M Savarino | $ 2,520.00 | $ 0.00 | $ 0.00 |
| 000085 | Alex Guerrero | $ 4,416.20 | $ 0.00 | $ 0.00 |
| 000090 | Myo Aye | $ 3,487.32 | $ 0.00 | $ 0.00 |
| 000091 | Lashelle L. Ferrell | $ 1,296.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000092 | Oscar De La Cruz | $ 0.00 | $ 0.00 | $ 0.00 |
| 000093 | Mitchell A. Dombrowski | $ 3,360.00 | $ 0.00 | $ 0.00 |
| 000094 | John V. Nicholson | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000096 | German Garcia | $ 4,080.35 | $ 0.00 | $ 0.00 |
| 000097 | Rag Wahep Monir Naguib | $ 800.00 | $ 0.00 | $ 0.00 |
| 000098 | Victor Figueroa | $ 2,297.00 | $ 0.00 | $ 0.00 |
| 000100 | Ade Awosanya | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 000102 | Imran Ghani | $ 2,474.14 | $ 0.00 | $ 0.00 |
| 000103A | SEIU Local 24/7 | $ 12,480.00 | $ 0.00 | $ 0.00 |
| 000104 | Adrienne Calzada | $ 2,062.50 | $ 0.00 | $ 0.00 |
| 000106 | Enrique Aguilar | $ 1,708.00 | $ 0.00 | $ 0.00 |
| 000107 | Grace Esplin | $ 360.00 | $ 0.00 | $ 0.00 |
| 000109 | Veronica Salinas | $ 1,735.00 | $ 0.00 | $ 0.00 |
| 000110 | Leonardo Peralta | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000111 | Giobani Quirola | $ 2,926.00 | $ 0.00 | $ 0.00 |
| 000112 | Candice Hanson | $ 1,428.00 | $ 0.00 | $ 0.00 |
| 000114 | Deborah Pangburn | $ 0.00 | $ 0.00 | $ 0.00 |
| 000115 | Martin Mendoza | $ 1,058.25 | $ 0.00 | $ 0.00 |
| 000117 | Anna M Major | $ 6,538.00 | $ 0.00 | $ 0.00 |
| 000118 | Shawn McLaughlin | $ 1,520.00 | $ 0.00 | $ 0.00 |
| 000119 | Leopoldo Jose Alvarez | $ 1,792.00 | $ 0.00 | $ 0.00 |
| 000122 | Molina, Omaira | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 000123 | Shanta P Wesley | $ 2,400.00 | $ 0.00 | $ 0.00 |
| 000124 | Deandre J Wesley | $ 2,496.00 | $ 0.00 | $ 0.00 |
| 000125 | Porschea J Wade | $ 2,771.00 | $ 0.00 | $ 0.00 |
| 000126 | Robert Hamilton | $ 2,418.80 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000127 | Dinah Panga | $ 2,193.92 | $ 0.00 | $ 0.00 |
| 000128 | Martin Benom | $ 729.71 | $ 0.00 | $ 0.00 |
| 000129 | Martin Benom | $ 971.19 | $ 0.00 | $ 0.00 |
| 000130 | Steve Jacobson | $ 2,887.98 | $ 0.00 | $ 0.00 |
| 000131 | Irvin Salazar | $ 3,500.00 | $ 0.00 | $ 0.00 |
| 000132 | Sasa Tuperivao Taito | $ 4,800.00 | $ 0.00 | $ 0.00 |
| 000133 | Vaovai Siliaga | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000134 | Andres A Martinez | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 000135 | Sidney Collins | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 000136 | Shirley Rivera | $ 1,500.00 | $ 0.00 | $ 0.00 |
| 000137 | Hector N Jaranilla | $ 1,278.40 | $ 0.00 | $ 0.00 |
| 000138 | Jose Luis Galindo | $ 807.50 | $ 0.00 | $ 0.00 |
| 000146 | Fortunato C Canseco | $ 1,629.60 | $ 0.00 | $ 0.00 |
| 000147 | Nolvia Martinez | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 000148 | Fortunato C Canseco | $ 1,629.60 | $ 0.00 | $ 0.00 |
| 000149 | Casimiro Edgar Gonzalez | $ 1,867.00 | $ 0.00 | $ 0.00 |
| 000150 | Ramiro Campos | $ 2,323.40 | $ 0.00 | $ 0.00 |
| 000152 | MICHAEL TAESALI | $ 690.00 | $ 0.00 | $ 0.00 |
| 000157 | RICHARD L. CARMICHAEL JR | $ 4,225.17 | $ 0.00 | $ 0.00 |
| 000158 | Dorothy Moss | $ 800.00 | $ 0.00 | $ 0.00 |
| 000159 | RONALD JENKINS | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000162 | REYNA SANTOS | $ 1,300.00 | $ 0.00 | $ 0.00 |
| 000163 | DIANA BAUTISTA | $ 2,080.00 | $ 0.00 | $ 0.00 |
| 000164 | SHANA CRAWFORD | $ 2,300.00 | $ 0.00 | $ 0.00 |
| 000165 | Charlene Chapman | $ 1,200.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000166 | Edwina Erwin | $ 1,512.00 | $ 0.00 | $ 0.00 |
| 000167 | Simon Pedro Moilna | $ 1,394.00 | $ 0.00 | $ 0.00 |
| 000171 | Mohamed A Mourad | $ 1,548.00 | $ 0.00 | $ 0.00 |
| 000172 | Neisha Miller | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 000177 | Nina Don | $ 0.00 | $ 0.00 | $ 0.00 |
| 000178 | Stephen Kalei Killon | $ 4,070.00 | $ 0.00 | $ 0.00 |
| 000179 | Mauro Antonio Cordova | $ 9,983.24 | $ 0.00 | $ 0.00 |
| 000180 | Aaron C Tenner | $ 3,596.00 | $ 0.00 | $ 0.00 |
| 000181 | Teresa Ancheta | $ 1,950.00 | $ 0.00 | $ 0.00 |
| 000182 | McArthur Jeator | $ 1,848.00 | $ 0.00 | $ 0.00 |
| 000183 | Rodolfo V Talento | $ 3,240.00 | $ 0.00 | $ 0.00 |
| 000185 | Cher Gilbert | $ 1,102.50 | $ 0.00 | $ 0.00 |
| 000186 | Calvin Jamarr Horton | $ 1,252.00 | $ 0.00 | $ 0.00 |
| 000187 | Chamida Jaliya Hallawa | $ 2,300.00 | $ 0.00 | $ 0.00 |
| 000188 | Emmanuel Mulomba | $ 1,032.00 | $ 0.00 | $ 0.00 |
| 000193 | Kathy Longacre DBA THe Plant Lady | $ 1,842.00 | $ 0.00 | $ 0.00 |
| 000194 | Terrell Marin | $ 1,848.00 | $ 0.00 | $ 0.00 |
| 000195A | Franchise Tax Board | $ 13,152.39 | $ 0.00 | $ 0.00 |
| 000199 | Joseph G Baltazar | $ 920.16 | $ 0.00 | $ 0.00 |
| 000202 | Doreen Slemboski | $ 752.00 | $ 0.00 | $ 0.00 |
| 000203 | ROLAND A. CONCHA SR. | $ 1,819.00 | $ 0.00 | $ 0.00 |
| 000204 | Aaron C Tenner | $ 5,800.00 | $ 0.00 | $ 0.00 |
| 000205 | LASHELLE FERRELL | $ 1,460.00 | $ 0.00 | $ 0.00 |
| 000207 | Sandra G. Valenzuela | $ 5,868.62 | $ 0.00 | $ 0.00 |
| 000208 | Tywan L Kemp | $ 1,784.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000209 | Ernest Stonecalf | $ 2,086.25 | $ 0.00 | $ 0.00 |
| 000210 | Jorge A Hernandez | $ 1,707.20 | $ 0.00 | $ 0.00 |
| 000212 | Kevin Quan | $ 2,989.75 | $ 0.00 | $ 0.00 |
| 000213 | Robert W Carman | $ 558.00 | $ 0.00 | $ 0.00 |
| 000215 | PATTI AMOH | $ 5,236.00 | $ 0.00 | $ 0.00 |
| 000216 | BRUCE THOMAS ALLEN | $ 1,008.00 | $ 0.00 | $ 0.00 |
| 000217 | Ernest Stonecalf | $ 2,086.25 | $ 0.00 | $ 0.00 |
| 000218 | Veronica Salinas | $ 1,735.00 | $ 0.00 | $ 0.00 |
| 000219 | Jorge R Varela | $ 1,684.00 | $ 0.00 | $ 0.00 |
| 000221 | Sandra Kozuch | $ 640.00 | $ 0.00 | $ 0.00 |
| 000222 | Alex Guerrero | $ 4,600.82 | $ 0.00 | $ 0.00 |
| 000225 | REYNA SANTOS | $ 1,300.00 | $ 0.00 | $ 0.00 |
| 000227 | Dmytro Sorokin | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000229 | Ricky Tompkins | $ 1,824.00 | $ 0.00 | $ 0.00 |
| 000231 | David Young II | $ 1,615.00 | $ 0.00 | $ 0.00 |
| 000232 | Dorothy Moss | $ 800.00 | $ 0.00 | $ 0.00 |
| 000233 | Rexford Larbi | $ 2,288.55 | $ 0.00 | $ 0.00 |
| 000234 | Alex Osei-Yaw | $ 2,656.00 | $ 0.00 | $ 0.00 |
| 000237 | Johnson H Hong | $ 1,400.00 | $ 0.00 | $ 0.00 |
| 000239 | CHARLES NKEMAKOLAM ORIAKU | $ 1,857.50 | $ 0.00 | $ 0.00 |
| 000240 | Lionel White | $ 3,272.50 | $ 0.00 | $ 0.00 |
| 000241 | Victor Figueroa | $ 1,962.40 | $ 0.00 | $ 0.00 |
| 000242 | Terrell Marin | $ 0.00 | $ 0.00 | $ 0.00 |
| 000243 | McArthur Jeator | $ 1,848.00 | $ 0.00 | $ 0.00 |
| 000247 | Jimmy Gonzalez | $ 1,680.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000248 | Neil Providence | $ 2,373.00 | $ 0.00 | $ 0.00 |
| 000250 | Angelo M Savarino | $ 2,520.00 | $ 0.00 | $ 0.00 |
| 000252 | Adrienne Calzada | $ 2,597.50 | $ 0.00 | $ 0.00 |
| 000254 | Ernest Stonecalf | $ 10,950.00 | $ 0.00 | $ 0.00 |
| 000256 | Ernest Stonecalf | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000258 | Lua Tautai | $ 0.00 | $ 0.00 | $ 0.00 |
| 000260 | Mitchell A. Dombrowski | $ 3,360.00 | $ 0.00 | $ 0.00 |
| 000261 | Rafael Herran Rod | $ 2,117.83 | $ 0.00 | $ 0.00 |
| 000262 | Law Office of Louis Kreuzer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000264 | Alberto Saldivar | $ 0.00 | $ 0.00 | $ 0.00 |
| 000265 | Casimiro Edgar Gonzalez | $ 1,867.00 | $ 0.00 | $ 0.00 |
| 000266 | Franchise Tax Board <B>(ADMINISTRATIVE)</B> | $ 0.00 | $ 0.00 | $ 0.00 |
| 000267 | Walter Paz | $ 3,496.70 | $ 0.00 | $ 0.00 |
| 000269A | State Board of Equalization | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,282,865.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ZURICH AMERICAN INS CO | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002B | WELLS FARGO FINANCIAL LEASING INC | $ 12,084.23 | $ 0.00 | $ 0.00 |
| 000003 | Brandon Martin | $ 828.00 | $ 0.00 | $ 0.00 |
| 000004 | American Express Travel Related Services | $ 4,362.02 | $ 0.00 | $ 0.00 |
| 000005 | Sprint Nextel Correspondence | $ 956.86 | $ 0.00 | $ 0.00 |
| 000007 | Reed Smith LLP | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | American Express Travel Related Services | $ 1,654.68 | $ 0.00 | $ 0.00 |
| 000017 | Lillian White | $ 1,060.00 | $ 0.00 | $ 0.00 |
| 000018 | Orjinta N. Orji | $ 1,576.75 | $ 0.00 | $ 0.00 |
| 000021 | International Services, Inc. | $ 4,386.72 | $ 0.00 | $ 0.00 |
| 000026 | BRUCE THOMAS ALLEN | $ 1,008.00 | $ 0.00 | $ 0.00 |
| 000027 | Ernest Stonecalf | $ 2,086.25 | $ 0.00 | $ 0.00 |
| 000028 | LUCAS MACDONALD | $ 544.00 | $ 0.00 | $ 0.00 |
| 000038 | CARLOS ARELLANO | $ 2,135.25 | $ 0.00 | $ 0.00 |
| 000046 | David Phan | $ 1,800.00 | $ 0.00 | $ 0.00 |
| 000047 | David M Steiner | $ 9,474.00 | $ 0.00 | $ 0.00 |
| 000051 | Carmen Vara | $ 620.00 | $ 0.00 | $ 0.00 |
| 000052 | Woodrow Greg Glover | $ 1,344.00 | $ 0.00 | $ 0.00 |
| 000057 | EDWARD LEE WATSON JR | $ 1,292.00 | $ 0.00 | $ 0.00 |
| 000058 | Stephanie Ann Dent | $ 2,340.00 | $ 0.00 | $ 0.00 |
| 000071 | Daniel A Bozsoki | $ 2,024.00 | $ 0.00 | $ 0.00 |
| 000072 | Sandra Kozuch | $ 640.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000073 | Yohannes Hilemariam | $ 2,656.00 | $ 0.00 | $ 0.00 |
| 000075 | Think Green Land Care | $ 108,346.80 | $ 0.00 | $ 0.00 |
| 000077 | Adam Royce Sonret | $ 2,016.00 | $ 0.00 | $ 0.00 |
| 000079 | ZURICH AMERICAN INS CO | $ 862,294.00 | $ 0.00 | $ 0.00 |
| 000086 | Roger Mitchell | $ 2,500.00 | $ 0.00 | $ 0.00 |
| 000087 | Roger Mitchell | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000088 | Joyce Bright | $ 1,869.00 | $ 0.00 | $ 0.00 |
| 000089 | Maria Quintana | $ 2,234.00 | $ 0.00 | $ 0.00 |
| 000095 | Cynthia A Large | $ 3,387.20 | $ 0.00 | $ 0.00 |
| 000099 | Diana Sanchez | $ 1,400.00 | $ 0.00 | $ 0.00 |
| 000101 | Susan L. Uecker | $ 6,729.00 | $ 0.00 | $ 0.00 |
| 000103B | SEIU Local 24/7 | $ 63,000.00 | $ 0.00 | $ 0.00 |
| 000105 | Haval Bedihi | $ 3,054.00 | $ 0.00 | $ 0.00 |
| 000108 | Robert Z Coronel | $ 1,800.00 | $ 0.00 | $ 0.00 |
| 000113 | U.S. Small Business Administration | $ 1,276,198.81 | $ 0.00 | $ 0.00 |
| 000116 | Carlos O Perez | $ 2,200.00 | $ 0.00 | $ 0.00 |
| 000120 | Rafael Herran Rod | $ 2,117.83 | $ 0.00 | $ 0.00 |
| 000121 | Bank of the West | $ 1,645,472.30 | $ 0.00 | $ 0.00 |
| 000139 | M Lopez | $ 1,280.00 | $ 0.00 | $ 0.00 |
| 000140 | The Resource Collection Inc | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000141 | The Resource Collection Inc | $ 36,000.00 | $ 0.00 | $ 0.00 |
| 000142 | The Resource Collection Inc | $ 4,079,554.16 | $ 0.00 | $ 0.00 |
| 000145 | Martin Benom | $ 3,117.08 | $ 0.00 | $ 0.00 |
| 000151 | CAROL ANN ALLEN | $ 2,200.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000153 | NEAL A. GEER | $ 1,655.00 | $ 0.00 | $ 0.00 |
| 000155 | DANIEL IM | $ 1,950.00 | $ 0.00 | $ 0.00 |
| 000156 | INTERNATIONAL SECRITY (ISI) | $ 1,800.00 | $ 0.00 | $ 0.00 |
| 000160 | ANA ZARAGOZA | $ 1,100.00 | $ 0.00 | $ 0.00 |
| 000161 | CLEMENTE GOMEZ | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 000168 | Ricky Tompkins | $ 1,254.00 | $ 0.00 | $ 0.00 |
| 000169 | Strategic Outsourcing Inc | $ 1,518,161.49 | $ 0.00 | $ 0.00 |
| 000170 | Neil Providence | $ 2,323.00 | $ 0.00 | $ 0.00 |
| 000173 | Jamesha Sharron Johnson | $ 2,469.84 | $ 0.00 | $ 0.00 |
| 000174 | Margarito Garcia | $ 1,835.84 | $ 0.00 | $ 0.00 |
| 000175 | OUSAMA "SAM KARAWIA | $ 13,615,675.87 | $ 0.00 | $ 0.00 |
| 000176 | Gene Kaminski - President | $ 71,813.00 | $ 0.00 | $ 0.00 |
| 000189 | Jimmy Gonzalez | $ 1,680.00 | $ 0.00 | $ 0.00 |
| 000190 | Fredy Alvarado | $ 1,680.00 | $ 0.00 | $ 0.00 |
| 000191 | Gary McNally | $ 2,288.00 | $ 0.00 | $ 0.00 |
| 000192 | Juan Jimenez | $ 1,848.00 | $ 0.00 | $ 0.00 |
| 000195B | Franchise Tax Board | $ 44.00 | $ 0.00 | $ 0.00 |
| 000196B | Leaf Funding Inc. | $ 11,806.08 | $ 0.00 | $ 0.00 |
| 000197B | Leaf Funding Inc. | $ 14,575.62 | $ 0.00 | $ 0.00 |
| 000198B | Leaf Funding Inc. | $ 29,407.25 | $ 0.00 | $ 0.00 |
| 000200B | Marlin Leasing Corp. | $ 7,598.34 | $ 0.00 | $ 0.00 |
| 000201 | Uniform 4 All Inc. | $ 38,562.79 | $ 0.00 | $ 0.00 |
| 000206 | Think Green Land Care | $ 108,346.80 | $ 0.00 | $ 0.00 |
| 000211 | Hugo Ernesto Garcia | $ 1,824.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000214 | Albino A Liet | $ 1,680.00 | $ 0.00 | $ 0.00 |
| 000220 | David Phan | $ 1,800.00 | $ 0.00 | $ 0.00 |
| 000223 | Gene Kaminski - President | $ 71,813.00 | $ 0.00 | $ 0.00 |
| 000224 | Bruse C Taylor | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000228 | Neiman M Holliman | $ 1,615.00 | $ 0.00 | $ 0.00 |
| 000230 | Ronnie Davis | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 000235 | Enrique Aguilar | $ 1,708.00 | $ 0.00 | $ 0.00 |
| 000236 | Daniel A Bozsoki | $ 2,024.00 | $ 0.00 | $ 0.00 |
| 000238 | Juan de Dios Varela | $ 650.00 | $ 0.00 | $ 0.00 |
| 000244 | Gary McNally | $ 2,288.00 | $ 0.00 | $ 0.00 |
| 000245 | Juan Jimenez | $ 1,848.00 | $ 0.00 | $ 0.00 |
| 000246 | Fredy Alvarado | $ 1,680.00 | $ 0.00 | $ 0.00 |
| 000249 | Arturas Domkus | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000251 | Telesforo Z. Francisco | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000253 | Arturas Domkus | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000255 | Angela Pratt | $ 484.00 | $ 0.00 | $ 0.00 |
| 000257 | Jarrett Sila | $ 2,508.00 | $ 0.00 | $ 0.00 |
| 000259 | Enterprise Rent-A-Car of Los Angeles | $ 323,888.10 | $ 0.00 | $ 0.00 |
| 000263 | Mohamed A Mourad | $ 1,548.00 | $ 0.00 | $ 0.00 |
| 000268 | Joel Lemus | $ 4,066.00 | $ 0.00 | $ 0.00 |
| 000269B | State Board of Equalization | $ 0.00 | $ 0.00 | $ 0.00 |
| 000270 | State Board of Equalization | $ 8,423.80 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 15)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Alfred H. Siegel
Trustee

*ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE*
*21650 OXNARD ST*
*SUITE 500*
*WOODLAND HILLS, CA 91367*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.